AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duffey, Jr., William S. | Northern District of Georgia | 5/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

1721 United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Mary Hall Freedom House, Inc. - Salary |
| 2. | 2011 | Holtzbrink Publishing Holdings, LP - royalties from copyrights |
| 3. | 2011 | Penguin Group (USA) Inc. - royalties from copyrights |
| 4. | 2011 | Random House, Inc. - royalties from copyrights |
| 5. | 2011 | Simon & Schuster - royalties from copyrights |
| 6. | 2011 | Self-employed writer |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Chemonics International, Inc. | 03/19/2011-03/26/2011 | Lviv, Ukraine | Seminar w/ Gov. | Travel |
| 2. | USAID | 07/04/2011-07/11/2011 | Kamianets-Podilski, Ukraine | Seminar | Travel |
| 3. | American Conference Institute | 10/20/2011-10/23/2011 | New York, NY | Professional Organization Meeting | Travel |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/15/2012 |

5. _____  _____  _____  _____  _____

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #2 | | | | | | | | | |
| 2. -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 3. -Blackrock Global Allocation C | A | Dividend | L | T | | | | | |
| 4. | A | Distribution | | | | | | | |
| 5. -Franklin Mutual Recovery C | B | Dividend | K | T | | | | | |
| 6. -Investco Developing Markets C (name change) | A | Distribution | K | T | Sold (part) | 11/01/11 | J | C | |
| 7. -Investco VK Amer Franchise C (name change) | A | Distribution | K | T | | | | | |
| 8. -Investco VK Muni Income C | B | Interest | L | T | | | | | |
| 9. IRA #1 | D | Dividend | N | T | | | | | |
| 10. | B | Interest | | | | | | | |
| 11. -MS Bank Deposit Program | | | | | | | | | |
| 12. -Wells Fargo Company | | | | | | | | | |
| 13. -Duke Energy Corp | | | | | | | | | |
| 14. -Wellpoint Inc | | | | | | | | | |
| 15. -Dell Inc | | | | | | | | | |
| 16. -Rio Tinto Finance USA Limited | | | | | | | | | |
| 17. -General Electric Capital Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Morgan Stanley | | | | | | | | | |
| 19.  -Comcast Corp New | | | | | | | | | |
| 20.  -Goldman Sachs Group Inc | | | | | | | | | |
| 21.  -Marathon Oil Corp | | | | | | | | | |
| 22.  -Verizon Communications | | | | | | | | | |
| 23.  -Glaxosmithkline Cap Inc | | | | | | | | | |
| 24.  -Kraft Foods Inc | | | | | | | | | |
| 25.  -Tyco International Finan | | | | | | | | | |
| 26.  -AT&T Inc | | | | | | | | | |
| 27.  -Boeing Co | | | | | | | | | |
| 28.  -CVS Caremark Corp | | | | | | | | | |
| 29.  -Indiana Michigan Power | | | | | | | | | |
| 30.  -Altria Group Inc | | | | | | | | | |
| 31.  -Federal National Mtg Assn | | | | | | | | | |
| 32.  -Franklin Income C | | | | | | | | | |
| 33.  -Investco Equal Wghtd S&P 500 C | | | | | | | | | |
| 34.  -AIP ABSLT RTNSTS (name change) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Caterpillar FINL | | | | | Sold | 12/01/11 | J | A | |
| 36.   IRA #2 | A | Interest | M | T | | | | | |
| 37.   -MS Bank Deposit Program | | | | | | | | | |
| 38.   -Keyworth Bank | | | | | | | | | |
| 39.   -AIP ABSLT RTNSTS (name change) | | | | | | | | | |
| 40.   Roth IRA #1 | A | Dividend | J | T | | | | | |
| 41.   -Investco VK Corporate Bond C | | | | | | | | | |
| 42.   Roth IRA #2 | A | Dividend | J | T | | | | | |
| 43.   -Investco VK Growth & Income C | | | | | | | | | |
| 44.   NW Mutual Estate CompLife | | None | L | T | | | | | |
| 45.   NW Mutual 65 Life | | None | | | Closed | 10/04/11 | L | | |
| 46.   John Hancock | | None | L | T | Open | 10/04/11 | L | | |
| 47.   K & S Investments | A | Distribution | | | Distributed | 06/30/11 | J | | |
| 48.   C & B Capital I, L.P. * | A | Interest | K | U | | | | | |
| 49. | A | Distribution | | | | | | | |
| 50.   C & B Capital II, L.P. ** | A | Interest | L | U | | | | | |
| 51. | D | Distribution | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | A | Dividend | | | | | | | |
| 53. Betsy Byars, Inc. | | None | M | W | | | | | |
| 54. Gold coins | | None | K | T | | | | | |
| 55. Brokerage Account #1 | | | | | | | | | |
| 56. -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 57. -One GA Bk | | None | J | T | | | | | |
| 58. -Van Eck Intl Inv Gold FD A | A | Dividend | J | T | Sold (part) | 05/31/11 | J | D | |
| 59. | | | | | Sold (part) | 10/04/11 | J | B | |
| 60. -Blackrock National Muni C*** | A | Dividend | | | | | | | |
| 61. -Wells Fargo NC Tax Free A*** | A | Dividend | | | | | | | |
| 62. -Dreyfus Intermediate Numi Bd*** | A | Dividend | | | | | | | |
| 63. Brokerage Account #3 | | | | | | | | | |
| 64. -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 65. -Ishares Barclays Tips BD FD | A | Dividend | J | T | Buy (add'l) | 05/23/11 | J | | |
| 66. | | | | | Sold (part) | 08/25/11 | J | A | |
| 67. -Ishares JP Morgan EM Bond Fd | A | Dividend | J | T | Buy | 05/23/11 | J | | |
| 68. | | | | | Sold (part) | 05/31/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/13/11 | J | A | |
| 70. -Ishares Russel 2000 Growth Fd | A | Dividend | J | T | Buy | 05/23/11 | J | | |
| 71. | | | | | Sold (part) | 10/13/11 | J | A | |
| 72. -Ishares Russel 2000 Value Fd | A | Dividend | J | T | Buy | 05/23/11 | J | | |
| 73. -Ishares Russel Midcap G In Fd | A | Dividend | J | T | Buy | 05/23/11 | J | | |
| 74. | | | | | Buy (add'l) | 08/25/11 | J | | |
| 75. | | | | | Sold (part) | 05/31/11 | J | A | |
| 76. -Ishares Russel Midcap V In Fd | A | Dividend | J | T | Buy | 05/23/11 | J | | |
| 77. | | | | | Sold (part) | 10/13/11 | J | A | |
| 78. -Ishares S&P 500 GRWTH Index | A | Dividend | K | T | Buy (add'l) | 05/23/11 | J | | |
| 79. | | | | | Sold (part) | 05/31/11 | J | B | |
| 80. | | | | | Buy (add'l) | 08/25/11 | J | | |
| 81. | | | | | Sold (part) | 10/13/11 | J | A | |
| 82. | | | | | Sold (part) | 11/22/11 | J | A | |
| 83. | | | | | Sold (part) | 12/23/11 | J | A | |
| 84. -Ishares S&P 500 Value Index | A | Dividend | K | T | Buy (add'l) | 05/23/11 | J | | |
| 85. | | | | | Sold (part) | 05/31/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/25/11 | J | | |
| 87. | | | | | Sold (part) | 10/13/11 | J | A | |
| 88. | | | | | Sold (part) | 12/22/11 | J | A | |
| 89. -Powershares DB Comm Trk Inc. | | None | J | T | Buy | 05/23/11 | J | | |
| 90. | | | | | Sold (part) | 05/31/11 | J | A | |
| 91. | | | | | Sold (part) | 10/13/11 | J | A | |
| 92. -SPDR Barclays Capital Internat | A | Dividend | J | T | Buy | 05/23/11 | J | | |
| 93. | | | | | Buy (add'l) | 10/13/11 | J | | |
| 94. -SPDR DJ Wilshre Global Rea- | A | Dividend | J | T | Buy | 05/23/11 | J | | |
| 95. | | | | | Sold (part) | 05/31/11 | J | A | |
| 96. | | | | | Sold (part) | 10/13/11 | J | A | |
| 97. -Franklin Fed Intm Trm Txfr Adv (name change) | A | Interest | K | T | Buy | 05/23/11 | J | | |
| 98. | | | | | Buy (add'l) | 10/13/11 | K | | |
| 99. | | | | | Sold (part) | 05/31/11 | J | A | |
| 100. | | | | | Sold (part) | 11/22/11 | J | A | |
| 101. | | | | | Sold (part) | 12/22/11 | J | A | |
| 102. -Franklin Hi Yield Tx Fr A | A | Interest | J | T | Buy | 05/23/11 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/25/11 | J | | |
| 104. | | | | | Sold (part) | 05/31/11 | J | A | |
| 105. | | | | | Sold (part) | 10/13/11 | J | A | |
| 106.  -JP Morgan Hibrg Stat Mkt Neu A | | None | K | T | Buy | 05/23/11 | K | | |
| 107. | | | | | Sold (part) | 05/31/11 | J | A | |
| 108. | | | | | Buy (add'l) | 10/13/11 | J | | |
| 109. | | | | | Sold (part) | 12/22/11 | J | A | |
| 110.  -Rydex/SGI Managed Fut Str A | | None | J | T | Buy | 05/23/11 | J | | |
| 111. | | | | | Sold (part) | 05/31/11 | J | A | |
| 112. | | | | | Buy (add'l) | 10/13/11 | J | | |
| 113.  -Thornburg Intl Value I | A | Dividend | J | T | Buy | 05/23/11 | J | | |
| 114. | | | | | Sold (part) | 05/31/11 | J | A | |
| 115. | | | | | Sold (part) | 10/13/11 | J | A | |
| 116.  -Virtus Insight Emrg. Mkts. I | A | Dividend | K | T | Sold (part) | 10/13/11 | J | A | |
| 117. | A | Distribution | | | Sold (part) | 12/22/11 | J | A | |
| 118.  -Ishares S&P Midcap 400 Index | A | Dividend | | | Sold | 05/23/11 | J | C | |
| 119.  -Nuveen Municipal Value FD INC | A | Interest | | | Sold | 05/23/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Vanguard EMRG MKTS ETF | | None | | | Sold | 05/23/11 | J | C | |
| 121.  -Vanguard European ETF | | None | | | Sold | 05/23/11 | J | C | |
| 122.  -Vanguard Pacific ETF | | None | | | Sold | 05/23/11 | J | A | |
| 123.  -Vanauard REIT ETF | A | Dividend | | | Sold | 05/23/11 | J | C | |
| 124. | A | Distribution | | | | | | | |
| 125.  -Blackrock Muniassets FD Inc(name changed in 2011) | A | Interest | | | Sold | 05/23/11 | J | A | |
| 126.  -Invesco Muni Inc Opp TR III | A | Interest | | | Sold | 05/23/11 | J | A | |
| 127.  -Ishares Barclays 1-3 Year Cred | A | Dividend | | | Sold | 05/23/11 | L | A | |
| 128.  -SPDR Trust Series 1 | A | Dividend | | | Sold | 05/23/11 | L | C | |
| 129.  -Virtus Insight Emrg. Mkts. A | A | Dividend | | | Buy | 05/23/11 | K | | |
| 130. | A | Distribution | | | Sold (part) | 05/31/11 | J | A | |
| 131. | | | | | Sold (part) | 08/25/11 | J | A | |
| 132. | | | | | Sold | 10/13/11 | J | A | |
| 133.  IRA #3 | E | Dividend | P1 | T | | | | | |
| 134. | A | Interest | | | | | | | |
| 135. | B | Distribution | | | | | | | |
| 136.  -Morgan Stanley Bank Deposit Program | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Ishares Barclays Tips BD FD | | | | | Buy (add'l) | 04/04/11 | K | | |
| 138. | | | | | Sold (part) | 08/26/11 | K | C | |
| 139.  -Ishares IBOXX $ H/V Corp Bnd (name change) | | | | | Buy (add'l) | 04/04/11 | J | | |
| 140. | | | | | Buy (add'l) | 08/26/11 | J | | |
| 141. | | | | | Sold (part) | 10/13/11 | K | A | |
| 142.  -Ishares JP Morgan EM Bond FD | | | | | Sold (part) | 04/04/11 | J | A | |
| 143. | | | | | Buy (add'l) | 05/17/11 | J | | |
| 144. | | | | | Sold (part) | 08/26/11 | J | A | |
| 145. | | | | | Sold (part) | 10/13/11 | J | A | |
| 146.  -Ishares Russell 2000 Growth FD | | | | | Buy | 04/04/11 | K | | |
| 147. | | | | | Buy (add'l) | 08/26/11 | J | | |
| 148. | | | | | Sold (part) | 10/13/11 | J | B | |
| 149.  -Ishares Russell 2000 Value FD | | | | | Buy | 04/04/11 | K | | |
| 150. | | | | | Buy (add'l) | 08/26/11 | J | | |
| 151.  -Ishares Russell Midcap G In FD | | | | | Buy | 04/04/11 | K | | |
| 152. | | | | | Buy (add'l) | 08/26/11 | J | | |
| 153. | | | | | Sold (part) | 10/13/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Ishares Russell Midcap V In FD | | | | | Buy | 04/04/11 | K | | |
| 155. | | | | | Buy (add'l) | 08/26/11 | J | | |
| 156. -Ishares S&P 500 GRWTH Index | | | | | Buy (add'l) | 04/04/11 | L | | |
| 157. | | | | | Buy (add'l) | 08/26/11 | J | | |
| 158. | | | | | Sold (part) | 10/13/11 | J | C | |
| 159. -Ishares S&P 500 Value Index | | | | | Buy (add'l) | 04/04/11 | K | | |
| 160. | | | | | Buy (add'l) | 05/17/11 | J | | |
| 161. | | | | | Buy (add'l) | 08/26/11 | J | | |
| 162. | | | | | Sold (part) | 10/13/11 | J | B | |
| 163. -Powershares DB Comm TRK INC | | | | | Buy (add'l) | 05/17/11 | J | | |
| 164. | | | | | Sold (part) | 08/26/11 | J | B | |
| 165. | | | | | Sold (part) | 10/13/11 | K | C | |
| 166. -SPDR Barclays Capital Internat. | | | | | Buy | 04/04/11 | K | | |
| 167. | | | | | Sold (part) | 08/26/11 | J | A | |
| 168. | | | | | Buy (add'l) | 10/13/11 | K | | |
| 169. -SPDR DJ Wilshire Global Rea | | | | | Buy | 04/04/11 | K | | |
| 170. | | | | | Buy (add'l) | 08/26/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 10/13/11 | K | A | |
| 172. -Vanguard Total Bond Market | | | | | Buy | 04/04/11 | M | | |
| 173. | | | | | Sold (part) | 05/17/11 | J | A | |
| 174. | | | | | Sold (part) | 08/26/11 | J | A | |
| 175. | | | | | Buy (add'l) | 10/13/11 | M | | |
| 176. -Government National Mtg. Assn. Pool | | | | | Buy | 04/04/11 | J | | |
| 177. -JP Morgan HIBRG Stat Mkt Neu A | | | | | Buy (add'l) | 04/04/11 | K | | |
| 178. | | | | | Sold (part) | 08/26/11 | J | A | |
| 179. | | | | | Buy (add'l) | 10/13/11 | J | | |
| 180. -RYDEX/SGI Managed Fut Str A | | | | | Buy (add'l) | 05/17/11 | J | | |
| 181. | | | | | Sold (part) | 08/26/11 | J | A | |
| 182. | | | | | Buy (add'l) | 10/13/11 | K | | |
| 183. -Thornburg Intl Value I Position:2 | | | | | Buy | 04/04/11 | L | | |
| 184. | | | | | Sold (part) | 05/17/11 | J | A | |
| 185. | | | | | Buy (add'l) | 08/26/11 | J | | |
| 186. | | | | | Sold (part) | 10/13/11 | K | A | |
| 187. -Virtus Insight Emrg Mkts I | | | | | Buy | 04/04/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Sold (part) | 08/26/11 | J | A | |
| 189. | | | | | Sold (part) | 10/13/11 | J | A | |
| 190. -GNMA Pool | | | | | Sold | 12/20/11 | J | A | |
| 191. -Ishares Barclays 1-3 YR TSY BD | | | | | Sold | 04/04/11 | K | A | |
| 192. -Ishares IBOXX Invest GR | | | | | Sold | 04/04/11 | M | E | |
| 193. -Ishares MSCI Canada Index FD | | | | | Sold | 04/04/11 | K | D | |
| 194. -Ishares MSCI Japan Index Fund | | | | | Sold | 04/04/11 | K | A | |
| 195. -Ishares MSCI Pac EX-JPN IDX | | | | | Sold | 04/04/11 | K | C | |
| 196. -Ishares S&P Midcap 400 Index | | | | | Sold | 04/04/11 | K | D | |
| 197. -Ishares SP Smallcap 600 Index | | | | | Sold | 04/04/11 | K | D | |
| 198. -Vangaurd EMRG MKTS ETF | | | | | Sold | 04/04/11 | M | E | |
| 199. -Vangaurd European ETF | | | | | Sold | 04/04/11 | L | D | |
| 200. -Vangaurd Intermediate Term BND | | | | | Sold | 04/04/11 | M | B | |
| 201. -Vangaurd REIT ETF | | | | | Sold | 04/04/11 | K | E | |
| 202. -Ishares Tr Msci Small Cap | | | | | Sold | 04/04/11 | K | C | |
| 203. One Georgia Bank | None | J | T | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 5/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*Ownership interest percentage is 0.208971%. During the reporting period, C&B Capital I, L.P. held interests in the following companies:
- Alimera Sciences, Inc.
- Central Security Group, Inc.
- Focus Receivables Management, Inc
- Global Care, Inc
- Healthcare Solutions, Inc.
- Healthmark Partners, Inc.
- Liaison Technologies, Inc. (acquired nuBridges, Inc.)
- VCG, LLC


**Ownership interest percentage is 0.743396%. During the reporting period, C&B Capital II, L.P. held interests in the following companies:
- Alimera Sciences, Inc.
- All Web Leads, Inc.
- Brand Group Holdings, Inc.
- Brightree, LLC
- Cartera Commerce, Inc.
- Controlscan, Inc.
- FX BridgeTechnologies Incorporated
- Healthcare Solutions, Inc.
- Navitas Lease Finance Corp.
- PMW Technologies, Inc. d/b/a PeopleMatter
- PODS Holding, Inc.
- Prommis Solutions, Inc.
- REACH Health, Inc.
- SnagAJob.com, L.P.
- SG-BPG, LLC/BPG Holdings, LLC
- CBG Holding, Inc.
- The VIP Tour Company, Inc. (d/b/a Tickets Now)

***Interests in Blackcock National Muni C and Wells Fargo NC Tax Free A were sold in 2010, however, the final dividend payment was received in 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William S. Duffey, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544